## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## CIVIL DIVISION

CASE NO. 0:16-CV-62318-RNS

CYNTHIA DENISE JACOBS

      Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC

      Defendant.

_____/

### DEFENDANT, OCWEN LOAN SERVICING, LLC'S STATUS
### REPORT PURSUANT TO ORDER ON MOTION TO STAY

Defendant, Ocwen Loan Servicing, LLC ("Ocwen") files this Status Report pursuant to this Court's Order on Defendant's Motion to Stay (Order, ECF No. 25) directing Ocwen to file a status report with the Court every forty-five days indicating the status of *ACA International v. Federal Communications Commission,* Case No. 15-1211 pending in the D.C. Circuit Court of Appeals. Ocwen advises the Court there has been no docket activity or material change in the status of *ACA International* since the date of this Court's Order.

Dated: May 30, 2017

Respectfully submitted,

/s/ *Dale A. Evans Jr.*
Michael P. De Simone
Florida Bar Number 119739
E-mail: michael.desimone@lockelord.com
Dale A. Evans Jr.
Florida Bar Number 98496
E-mail: dale.evans@lockelord.com
Locke Lord LLP, *Attorneys for Defendant*
525 Okeechobee Boulevard, Suite 1600
West Palm Beach, FL 33401
Tel.: 561-833-7700
Fax: 561-655-8719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 30, 2017 with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Dale A. Evans Jr.*
Dale A. Evans Jr.